United States Bankruptcy Court
Eastern District of New York

In re:                                             Case No. 23-41570-ess
Ibrahim Nabie                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1    User: admin    Page 1 of 2
Date Rcvd: Aug 10, 2023    Form ID: 227    Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ibrahim Nabie, 123 Roe St, Staten Island, NY 10310-2306 |
| 10208543 | | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004-3357 |
| 10214430 | + | U.S. Bank National Association, c/o Sheldon May & Associates, PC, 255 Merrick Road, Rockville Centre, NY 11570-5211 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 10 2023 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10214886 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 18:23:26 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10213334 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 18:23:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10188409 | + | Email/Text: flyersprod.inbound@axisai.com | Aug 10 2023 18:14:00 | Rushmore Loan Management Services LLC, 15480 Laguna Canyon Road. Suite 100, Irvine. CA 92618-2132 |
| 10210854 | | EDI: AIS.COM | Aug 10 2023 22:12:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023    Signature:    /s/Gustava Winters

Case 1-23-41570-ess    Doc 26    Filed 08/12/23    Entered 08/13/23 00:10:21

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2023 | Form ID: 227 | Total Noticed: 8 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Krista M Preuss | info@ch13edny.com  mderosa13@ecf.epiqsystems.com |
| Krista M Preuss | on behalf of Trustee Krista M Preuss info@ch13edny.com  mderosa13@ecf.epiqsystems.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Ibrahim Nabie | Social Security number or ITIN: xxx–xx–0406 |
| | First Name  Middle Name  Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ |
| | | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13    5/4/23 |
| Case number: | 1–23–41570–ess | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 13 petition in bankruptcy on May 4, 2023, and an order having been signed by the Honorable Elizabeth S. Stong , United States Bankruptcy Judge, on August 9, 2023 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: August 10, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]